UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

JEFFREY D HOUSE,

                Plaintiff,

                                              Case No. 19-cv-1307-bhl

     v.

NICHOLAS GROTH, et al.,

                Defendants,

_____

## ORDER

_____

       On September 10, 2019, Plaintiff Jeffrey House filed a *pro se* complaint against multiple members of the Racine Police Department.  (ECF No. 1.)  That same day, plaintiff filed a motion for leave to proceed without prepayment of the filing fee.  (ECF No. 2.)  On September 23, 2019, Attorneys Paul Strouse and Thomas Napierala filed notices of appearance on behalf of the plaintiff.  (ECF No. 4.)  On November 14, 2019, Attorney Strouse filed an amended complaint, adding the City of Racine as a defendant.  (ECF No. 5.)   Defendants then filed a motion to dismiss.  (ECF No. 12.)  In response, plaintiff filed a brief opposing the motion to dismiss and a "Notice of Motion, Motion and Brief in Support of Leave to Conduct Limited Discovery and to File Amended Complaint." (ECF Nos. 14, 15.)

       On September 21, 2020, the case was reassigned to Judge Brett H. Ludwig.  After a review of the record, it became clear that the motion to proceed without prepayment of the filing fee has not been ruled on.  Since plaintiff is now represented by counsel, the Court will deny plaintiff's motion to proceed without prepayment of the filing fee and order the plaintiff to pay the filing fee within **14 days** or the case will be dismissed.  Accordingly,

       **IT IS HEREBY ORDERED** that, plaintiff's motion to proceed without prepaying of the filing fees, ECF No. 2, is **DENIED**.

       **IT IS FURTHER ORDERED** that plaintiff shall pay the required filing fee by **December 31, 2020**, or the Court will dismiss the case.

       Dated at Milwaukee, Wisconsin on December 17, 2020.


                                        s/ Brett H. Ludwig
                                        BRETT H. LUDWIG
                                        United States District Judge